No. 25-5417

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Oct 7, 2025
KELLY L. STEPHENS, Clerk

COURTNEY JEWELL-MOORE, Guardian Mother and Next Friend of KMM, a minor, et al.,

Plaintiffs-Appellees, Cross-Appellants,

v.

BRYAN ARNOLD, Individually and in his Official Capacity as a Law Enforcement Officer for the Louisville Metro Police Department,

Defendant-Appellant, Cross-Appellee.

Before: SUTTON, Chief Judge, BATCHELDER, and NALBANDIAN, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Western District of Kentucky at Louisville

THIS MATTER was heard on the record and the pleadings without oral argument. In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that the motion to dismiss is GRANTED, and that this matter is DISMISSED.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk